LOUISA ZEIGER, Respondent, v. ELIJAH RILEY et al., Defendants, and HOWARD COAL & COKE Co., INC., Appellant.— Plaintiff, a pedestrian, while crossing Beekman Place at its intersection with Flatbush Avenue, Brooklyn, was struck by a truck owned by defendant Elijah Riley. Defendant William McArthur was the operator of the truck and defendant Howard Coal & Coke Co., Inc., hired the truck from Riley. A verdict was rendered in favor of plaintiff against all three defendants. Defendant coal company appeals from the judgment on the ground that the evidence does not establish that the truck was used in its business or that the operator was subject to its control and direction. Judgment unanimously affirmed, with costs. The evidence amply justified the verdict of the jury. (*Irwin* v. *Klein*, 271 N. Y. 477; *Johnson* v. *R. T. K. Petroleum Co.*, 289 N. Y. 101.) Present — Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ. [See *post*, p. 819.]

## (January 28, 1946.)

GEORGES M. BINON, Respondent, v. LIONEL A. FORSYTH et al., Defendants, and VOLNEY K. FORSYTH, Appellant.— In an action by a stockholder and former officer and manager of designated corporations for judgment rescinding one agreement, directing specific performance of another and for other relief, order denying motion of appellant to dismiss the complaint for insufficiency affirmed, with $10 costs and disbursements. No opinion. Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur.

GREER-OLAER CORPORATION et al., Appellants, v. HUB INDUSTRIES, INC., Respondent.— In an action to set aside certain contracts and to have them declared null and void, and for other relief, plaintiffs appeal from an order dismissing the complaint on the ground that it does not state facts sufficient to constitute a cause of action. Order affirmed, with $10 costs and disbursements. No opinion. Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ., concur. [See *post*, p. 818.]

CHRISTOPHER H. HEALY, Respondent, v. GREEN BUS LINES, INC., et al., Appellants.— Action to recover damages for personal injuries claimed to have resulted from the negligent operation of a bus, owned by the corporate defendant and operated by defendant Bell, which is alleged to have struck and injured the plaintiff. The jury rendered a verdict in favor of plaintiff for $15,000 and defendants moved to set aside the verdict. The court denied the motion on condition that the plaintiff stipulate to reduce it to the sum of $10,000. Order denying motion to set aside verdict, and judgment in favor of plaintiff, unanimously affirmed, with costs. No opinion. Present — Lewis, P. J., Hagarty, Johnston, Adel and Nolan, JJ.